UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL BLEDSOE,<br><br>Plaintiff,<br><br>v.<br><br>JUDGE GUILIANI, et al.,<br><br>Defendants. | No. 2:19-cv-02349-TLN-CKD<br><br>**ORDER** |

Plaintiff Donnell Bledsoe ("Plaintiff"), proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 9, 2019, the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 4.) No objections were filed.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

///

1

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed December 9, 2019 (ECF No. 4), are adopted in full;

2. Plaintiff's Complaint as to Defendants Judge Guiliani, Judge Ronald Northup, Stacy Derman, Christina Martinez, and San Joaquin County Superior Court is DISMISSED, without leave to amend; and

3. Plaintiff's motion to recuse Judge Guiliani (ECF No. 2) is DISMISSED as moot.

IT IS SO ORDERED.

Dated: January 8, 2020

_____
Troy L. Nunley
United States District Judge