UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL BLEDSOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUILIANI, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-02349-TLN-CKD PS<br><br>ORDER & FINDINGS AND RECOMMENDATIONS |

Plaintiff is a former state prisoner proceeding pro se. Plaintiff's complaint was filed with the court on November 20, 2019. The court's records reveal that on October 5, 2018, plaintiff filed a complaint containing virtually identical allegations. (2:18-cv-02710-KJN).[1] Due to the duplicative nature of the present action, the court will vacate its order directing the United States Marshal to serve the first amended complaint and recommend that the complaint be dismissed.

Accordingly, IT IS HEREBY ORDERED that: (1) the order directing service (ECF No. 8) is VACATED; and (2) the Clerk of Court shall serve a copy of this order on the United States Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

Further, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 24, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

15 bledsoe2349.f&r.dismiss