UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL BLEDSOE, | No. 2:19-cv-02349-TLN-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| JUDGE GUILIANI, et al., | |
| Defendants. | |

Plaintiff Donnell Bledsoe ("Plaintiff"), a former state prisoner proceeding *pro se*, filed the instant action pursuant to 28 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 24, 2020, the magistrate judge filed findings and recommendations which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 9.) Plaintiff has not filed any objections to the findings and recommendations.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

///

1

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 9) are adopted in full;
2. Plaintiff's Complaint is DISMISSED without prejudice; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 6, 2020

_____
Troy L. Nunley
United States District Judge